JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JOSEPH HANCZ,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 2:18-cv-2190 MWF (ASx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that this matter shall be dismissed as to Defendant Life Insurance Company of North America, with prejudice, and in its entirety. Each party is to bear their own attorneys' fees and costs.

DATED: September 26, 2018

_____
HON. MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE